```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   ROY TAYLOR,                                                :
                                                              :
                                                              :
                                       Plaintiff,             :
                                                              :       1:16-cv-01143-GHW
                     -v-                                      :
                                                              :             ORDER
   NYPD OFFICER ALYSSA TRIGENO,                               :
   NYPD SGT. MICHAEL DUNLAVEY,                                :
   RIKERS C.O. QUAYYUM, and CITY OF                           :
   NEW YORK,                                                  :
                                                              :
                                       Defendants.            :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/27/20

GREGORY H. WOODS, District Judge:

It is hereby ORDERED that all parties appear via telephone for a teleconference regarding the plaintiff's July 16, 2020 motion to lift the stay in this case, Dkt. No. 113, on **August 19, 2020 at 1:00 p.m.**

IT IS FURTHER ORDERED that the Warden or other official in charge of the Anna M. Kross Center at Rikers Island produce Roy Taylor, 04528137Q, on August 19, 2020, no later than 1:00 p.m., to a suitable location within the Anna M. Kross Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers emailing the Court at woodsnysdchambers@nysd.uscourts.gov.

Defense counsel is directed to (1) send this order to the Warden immediately; (2) contact the correctional facility to confirm its ability to connect the plaintiff to the conference at the conference number listed below at the date and time of the conference; and (3) to the extent that the

correctional facility is unable to dial into the conference line directly, to make other arrangements for the plaintiff to connect to the conference at the date and time listed above.

The conference will be held by telephone. The conference call dial-in number is (888) 557-8511 and the access code is 7470200#. The Warden of the correctional facility is directed to connect the plaintiff to that number at the date and time specified above.

The Clerk of Court is directed to mail a copy of this order to the plaintiff by first class and certified mail.

SO ORDERED.

Dated: July 25, 2020

_____
GREGORY H. WOODS
United States District Judge