USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ROY TAYLOR,

Plaintiff,

-v-

NYPD OFFICER ALYSSA TRIGENO, NYPD SGT. MICHAEL DUNLAVEY, RIKERS C.O. QUAYYUM, and CITY OF NEW YORK,

Defendants.

------------------------------------------------------------ X

1:16-cv-01143-GHW

ORDER

GREGORY H. WOODS, District Judge:

Roy Taylor, the plaintiff in the above-captioned civil action, filed a motion to lift the stay in this action on July 16, 2020. Dkt. No. 113. On August 19, 2020, the Court held a conference regarding Plaintiff's motion. For the reasons stated on the record during the conference, Plaintiff's motion is denied and the stay in this action is extended at least through September 29, 2020.

If Defendants seek to further extend the stay, they are directed to do so via letter motion by no later than September 29, 2020. Plaintiff's opposition, if any, is due no later than October 20, 2020. If necessary, the Court will hold a conference regarding any motion to extend the stay on November 5, 2020 at 4:30 p.m. If Defendants move to extend the stay, the stay will remain in place until the Court resolves the motion.

Defendants' joint letter should also set forth their position regarding Plaintiff's pending motion for leave to amend his complaint, Dkt. No. 95, and a proposed briefing schedule for that motion, assuming the stay is lifted.

Counsel for Defendants is directed to mail a copy of this order to Plaintiff, along with a copy of the case cited by Defendants during the conference and a copy of the full docket sheet in this action.

SO ORDERED.

Dated: August 25, 2020
New York, New York

GREGORY H. WOODS
United States District Judge