```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ROY TAYLOR,                                                    :
                                                               :
                                                               :
                                       Plaintiff,              :
                                                               :         1:16-cv-01143-GHW
                    -v-                                        :
                                                               :                ORDER
NYPD OFFICER ALYSSA TRIGENO,                                   :
NYPD SGT. MICHAEL DUNLAVEY,                                    :
RIKERS C.O. QUAYYUM, and CITY OF                               :
NEW YORK,                                                      :
                                                               :
                                       Defendants.             :
                                                               :
-------------------------------------------------------------- X
```

GREGORY H. WOODS, District Judge:

On January 20, 2021, the Court held an initial pretrial conference in this case. At the conference, Plaintiff requested an extension of time to file his opposition to Defendants' motion to dismiss and his reply in further support of his motion for leave to amend his complaint. That application is granted. The deadline for Plaintiff to file those documents is extended to March 8, 2021. The deadline for Defendants to file their reply in further support of their motion to dismiss is extended to March 22, 2021.

Defendants are directed to file a letter regarding the status of the parallel criminal matter by May 20, 2021. Defendants are further directed to serve on Plaintiff a copy of this order and a copy of the case management plan and scheduling order, which will be entered concurrently with this order.

SO ORDERED.

Dated: January 21, 2021

_____
GREGORY H. WOODS
United States District Judge