USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                           :

  ROY TAYLOR,                            :
                                           :
                                           :
                       Plaintiff,   :

1:16-cv-01143-GHW

                     -v-                 :

ORDER

  NYPD OFFICER ALYSSA TRIGENO,   :
  NYPD SGT. MICHAEL DUNLAVEY,   :
  RIKERS C.O. QUAYYUM, and CITY OF   :
  NEW YORK,                        :
                                           :
                    Defendants.   :
                                           :
------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

      The Court has received Plaintiff's Motion for Sanctions.  Dkt. No. 15.  Defendants' opposition shall be due no later than April 2, 2021; Plaintiff's reply, if any, shall be due no later than April 16, 2021.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class and certified mail.

      SO ORDERED.

Dated:  March 22, 2021
     New York, New York

_____
GREGORY H. WOODS
United States District Judge