USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
ROY TAYLOR, :
:
:
Plaintiff, :
: 1:16-cv-01143-GHW
-v- :
: ORDER
NYPD OFFICER ALYSSA TRIGENO, :
NYPD SGT. MICHAEL DUNLAVEY, :
RIKERS C.O. QUAYYUM, and CITY OF :
NEW YORK, :
:
Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      The Court previously ordered that the parties appear via telephone for a teleconference regarding a series of discovery-related issues in this case on **August 26, 2021 at 3:00 p.m.** On August 12, 2021, the defendants requested that the Court conduct the conference by videoconference, rather than teleconference. That request is granted.

      IT IS ORDERED that the Warden or other official in charge of the Anna M. Kross Center at Rikers Island produce Roy Taylor, 04528137Q, on August 26, 2021, no later than 3:00 p.m., to a suitable location within the Anna M. Kross Center that is equipped with videoconferencing equipment, for the purpose of participating by in a videoconference with the Court and defense counsel.

      If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers emailing the Court at woodsnysdchambers@nysd.uscourts.gov.

      Defense counsel is directed to (1) send this order to the Warden immediately; and (2) contact the correctional facility to confirm its ability to conduct the conference by videoconference

and to confirm the platform that the facility will use to host the videoconference. The Court understands that Rikers Island uses Microsoft Teams. If another platform is to be used, the Court requests that defense counsel inform the Court of that fact promptly. The Court expects that the facility will distribute a link for the videoconference to participants no later than two business days prior to the conference.

The Court has also received two letters from Mr. Taylor, which were filed on August 18, 2021. Dkt. Nos. 172 and 173. The Court will take up the issues raised in those letters during the course of the conference. One point is worthy of emphasis here, however: this case is about the issues raised in Mr. Taylor's complaint. This case is not about the conditions of Mr. Taylor's incarceration or other matters not raised in his complaint. To the extent that Mr. Taylor's letter could be read to raise claims related to the conditions of his confinement, the Court does not understand them to be claims asserted in this case. That said, the Court will consider any impediments to Mr. Taylor's access to the law library in establishing an appropriate schedule for the litigation of issues that do fall within the scope of this case.

The Clerk of Court is directed to mail a copy of this order to the plaintiff by first class and certified mail.

SO ORDERED.

Dated: August 19, 2021

GREGORY H. WOODS
United States District Judge