```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ROY TAYLOR,                                                  :
                                                             :
                                                             :
                                       Plaintiff,            :
                                                             :      1:16-cv-01143-GHW
                    -v-                                      :
                                                             :           ORDER
NYPD OFFICER ALYSSA TRIGENO,                                 :
NYPD SGT. MICHAEL DUNLAVEY,                                  :
RIKERS C.O. QUAYYUM, and CITY OF                             :
NEW YORK,                                                    :
                                                             :
                                       Defendants.           :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/31/2021

GREGORY H. WOODS, United States District Judge:

The Court previously ordered the parties to appear via videoconference on August 26, 2021 at 3:00 PM regarding a series of discovery-related issues in this case. That hearing is rescheduled for **September 21, 2021 at 4:00 p.m**.

IT IS ORDERED that the Warden or other official in charge of the Anna M. Kross Center at Rikers Island produce Roy Taylor, 04528137Q, on September 21, 2021, no later than 4:00 p.m., to a suitable location within the Anna M. Kross Center that is equipped with videoconferencing equipment, for the purpose of participating by a videoconference with the Court and defense counsel.

If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by emailing woodsnysdchambers@nysd.uscourts.gov.

Defense counsel is directed to (1) send this order to the Warden immediately; and (2) contact the correctional facility to confirm its ability to conduct the conference by videoconference and to confirm the platform that the facility will use to host the videoconference. The Court

understands that Rikers Island uses Microsoft Teams. If another platform is to be used, the Court requests that defense counsel inform the Court of that fact promptly. The Court expects that the facility will distribute a link for the videoconference to participants no later than two business days prior to the conference.

    The Clerk of Court is directed to mail a copy of this order to the plaintiff by first class and certified mail.

    SO ORDERED.

Dated: August 31, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge