```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ROY TAYLOR,                                                    :
                                                               :
                              Plaintiff,                       :
                                                               :
              -v-                                              :    1:16-cv-01143-GHW
                                                               :
NYPD OFFICER ALYSSA TRIGENO,                                   :         ORDER
NYPD SGT. MICHAEL DUNLAVEY,                                    :
RIKERS C.O. QUAYYUM, and CITY OF                               :
NEW YORK,                                                      :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2021

GREGORY H. WOODS, United States District Judge:

On September 21, 2021, the Court held a status conference to discuss the parties' outstanding discovery disputes. Dkt. Nos. 165, 166, 172, and 173.

For the reasons stated on the record, Plaintiff's July 19, 2021 request for a so-ordered subpoena, Dkt. No. 165, is denied.

As stated on the record at the September 21, 2021 conference, Defendants are instructed to provide Plaintiff with the following discovery within thirty days of the September 21, 2021 conference:

- A list of the medical staff and officers working in the infirmary at the time of the incident;

- the name and contact information of the vendor that provided video storage on the date and time of the incident;

- and the name of the individual who made the statement that the video camera at issue was broken.

In addition, Defendants are directed to conduct additional diligence to determine whether they have within their possession, custody, and control, information responsive to Plaintiff's sixth document request described in the August 17, 2021 letter to the Court. Dkt. No. 172.

As discussed at the Conference, Defendants will send Plaintiff, via overnight mail, a copy of the medical release. Plaintiff has agreed to sign that release upon receipt.

As stated on the record during the conference held on September 21, 2021, Defendants' request for an extension of time to complete discovery, Dkt. No. 166, is granted. The deadline for the completion of all fact discovery is extended to December 15, 2021. The deadline for the completion of all expert discovery is extended to February 8, 2022. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by December 15, 2021. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by December 29, 2021. The deadline for submission of motions for summary judgment, if any, is extended to March 2, 2022. Except as expressly modified by this order, the case management plan entered by the Court on January 21, 2021, Dkt. No. 147, and modified on May 5, 2021, Dkt. No. 161, remains in full force and effect.

In addition, as stated on the record at the September 21, 2021 conference, the Court asks the parties to confer regarding Plaintiff's access to the law library for purposes of prosecuting his action.

The Clerk of Court is directed to close the motion currently pending at Dtk. No. 166 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: September 24, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge