```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ROY TAYLOR,                                                   :
                                                              :
                                Plaintiff,                    :
                                                              :
                -v-                                           :      1:16-cv-01143-GHW
                                                              :
NYPD OFFICER ALYSSA TRIGENO,                                  :           ORDER
NYPD SGT. MICHAEL DUNLAVEY,                                   :
RIKERS C.O. QUAYYUM, and CITY OF                              :
NEW YORK,                                                     :
                                                              :
                                Defendants.                   :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/21

GREGORY H. WOODS, United States District Judge:

On September 24, 2021, this Court issued an order extending the parties' deadlines to complete discovery. Dkt. No. 178. On October 6, 2021, Defendants filed a letter asking the Court if it intended to hold a status conference on October 18, 2021. Dkt. No. 179. In light of the amended discovery deadlines, the Court will adjourn the October 18, 2021 status conference to February 22, 2022 at 4:00 p.m. A joint letter updating the Court on the status of the case shall be filed by no later than February 15, 2022. The parties' joint letter should comply with the Court's directions in its January 21, 2021 Case Management Plan and Scheduling Order at Dkt. No. 147.

The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

SO ORDERED.

Dated: October 7, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge