# MEMORANDUM ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/21

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**AMANDA ROLON**
*Assistant Corporation Counsel*
phone: (212) 356-2356
fax: (212) 356-3509
mobile: (646) 951-3806
arolon@law.nyc.gov

October 29, 2021

<u>VIA ECF</u>
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>Roy Taylor v. NYPD Officer Trigeno, et al.</u>, 16-CV-1143 (GHW)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendants City of New York and Rikers C.O. Quayyum in the above-referenced matter (hereinafter "City defendants"). City defendants write to respectfully request an adjournment of the conference scheduled for November 3, 2021, sine die, and that, alternatively, the Court endorse the attached proposed order permitting City defendants to produce the last known address of non-party, former inmate Louis Dorsey (affixed herein as Exhibit A). (<u>See</u> <u>ECF</u> Nos. 172, 178, 180, and 181.)

During the status conference on September 21, 2021, the Court ordered defendants to ascertain whether defendants were in possession of an address for non-party Mr. Dorsey. (<u>See</u> <u>ECF</u> No. 178.) By letter dated October 21, 2021, City defendants advised Your Honor that they had located an address for the non-party, however, defendants also apprised the Court of their concern with disclosing private non-party identifying information, due to the potential implications of the sealing provisions of New York Criminal Procedure §§ 160.50, *et seq.*; particularly, as it pertains to Department of Correction records created exclusively in conjunction with an arrest and prosecution, without either the written consent of the non-party or an Order from the Court. (<u>See</u> <u>ECF</u> No. 180.) In response, the Court scheduled a conference for November 3, 2021 to discuss City defendants' "objection to the production of certain material requested by plaintiff." (<u>ECF</u> No. 181.)

City defendants would like to clarify their position. City defendants do not wholesale object to producing the last known home address of non-party, Louis Dorsey,

however, do not believe that they may do so absent a Court Order or expressed consent of the concerned individual. Therefore, City defendants propose that the Court endorse the affixed Order permitting City defendants to disclose the sought-after information.

In light of the foregoing, City defendants respectfully request an adjournment of the upcoming conference, sine die, and that, alternatively, the Court endorse the proposed attached Order.

City Defendants thank the Court for its attention to this matter.

Respectfully submitted,
/s/ *Amanda Rolon*
Assistant Corporation Counsel
Special Federal Litigation Division

**BY FIRST CLASS MAIL**
Roy Taylor, Plaintiff *Pro Se*
B&C No. 3491804923
Anna M Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370

Application denied. The Court will hold the November 3, 2021 conference as scheduled and will address the City Defendants' request that the Court endorse its proposed order at that conference.
The Clerk of Court is directed to close the motion currently pending at Dkt. No. 183.

SO ORDERED.

Dated: October 30, 2021
New York, New York

GREGORY H. WOODS
United States District Judge

2