```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ROY TAYLOR,                                                    :
                                                               :
                                                               :
                              Plaintiff,                       :
                                                               :
              -v-                                              :    1:16-cv-01143-GHW
                                                               :
NYPD OFFICER ALYSSA TRIGENO,                                   :        ORDER
NYPD SGT. MICHAEL DUNLAVEY,                                    :
RIKERS C.O. QUAYYUM, and CITY OF                               :
NEW YORK,                                                      :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/21

GREGORY H. WOODS, United States District Judge:

On December 1, 2021, the Court received Plaintiff's letter responding to Defendants' November 9, 2021 objection to the production of a non-party's contact information. Dkt. No. 192. The Court overruled Defendants' objection to the production of that information on November 10, 2021. Dkt. No. 189. The arguments Plaintiff raises in his December 1, 2021 letter have therefore already been addressed.

The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

SO ORDERED.

Dated: December 1, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge