USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

ROY TAYLOR,

                    Plaintiff,

          -v-

NYPD OFFICER ALYSSA TRIGENO,
NYPD SGT. MICHAEL DUNLAVEY,
RIKERS C.O. QUAYYUM, and CITY OF
NEW YORK,

                    Defendants.

------------------------------------------------------------- X

1:16-cv-01143-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The Court's January 7, 2022 conference will proceed as scheduled at 3:30 p.m.  The parties

are directed to appear via the Microsoft Teams link provided by the facility.  Members of the public

are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the

Court's website, for the dial-in number and passcode..

      The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

      SO ORDERED.

Dated:  January 6, 2022
        New York, New York

                                    GREGORY H. WOODS
                                United States District Judge