# MEMORANDUM ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/22

| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **AMANDA ROLON**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2356<br>fax: (212) 356-3509<br>mobile: (646) 951-3806<br>email: arolon@law.nyc.gov |
|---|---|---|

January 7, 2022

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Roy Taylor v. NYPD Officer Trigeno, *et al.*, 16-CV-1143 (GHW)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendants City of New York and Rikers C.O. Quayyum in the above-referenced matter (hereinafter "City defendants"). City defendants write to inform the Court that, as of yesterday, January 6, 2022, plaintiff has been transferred to a Department of Correction ("DOC") facility that is unable to accommodate the video conference scheduled for 3:30 p.m. this afternoon. Therefore, defendants respectfully request today's conference be adjourned until after January 10, 2022.[1] This request is made without plaintiff's consent since he cannot be reached expeditiously.

On December 29, 2021, plaintiff was transferred from DOC's Anna M. Kross Center ("AMKC") to George R. Vierno Center ("GRVC") to complete necessary quarantine. On January 4, 2022, the undersigned confirmed that the GRVC facility was prepared to conduct the video conference as scheduled. However, on January 6, 2022, plaintiff was reassigned back to the AMKC facility. Upon notice of this transfer, the undersigned contacted AMKC to arrange for plaintiff to be produced for the scheduled video conference, but was informed that the facility is unable to accommodate a video conference today due to a limited number of available booths and the reduced number of staff available to escort inmates. Accordingly, City defendants respectfully request an adjournment of today's conference until a date and time convenient to the Court after January 10, 2022.

---

[1] Upon information and belief, plaintiff has a criminal court appearance scheduled on January 10, 2022.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,
/s/ *Amanda Rolon*
Assistant Corporation Counsel
Special Federal Litigation Division

**BY FIRST CLASS MAIL**
Roy Taylor, Plaintiff *Pro Se*
B&C No. 3491804923
Anna M Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370

Application granted. The conference scheduled for January 7, 2022 is adjourned until January 13, 2022 at 2:00 p.m.

IT IS ORDERED that the Warden or other official in charge of the Anna M. Kross Center at Rikers Island produce Roy Taylor, 04528137Q, on January 13, 2022, no later than 2:00 p.m., to a suitable location within the Anna M. Kross Center that is equipped with videoconferencing equipment, for the purpose of participating by a videoconference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by emailing woodsnysdchambers@nysd.uscourts.gov.

Defense counsel is directed to (1) send this order to the Warden immediately; and (2) contact the correctional facility to confirm its ability to conduct the conference by videoconference and to confirm the platform that the facility will use to host the videoconference. The Court understands that Rikers Island uses Microsoft Teams. If another platform is to be used, the Court requests that defense counsel inform the Court of that fact promptly.

The Court expects that the facility will distribute a link for the videoconference to participants no later than two business days prior to the conference.

The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff and to terminate the motion pending at Dkt. No. 206.

SO ORDERED.

Dated: January 7, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge