USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
ROY TAYLOR, :
:
:
Plaintiff, :
:
-v- : 1:16-cv-01143-GHW
:
NYPD OFFICER ALYSSA TRIGENO, : ORDER
NYPD SGT. MICHAEL DUNLAVEY, :
RIKERS C.O. QUAYYUM, and CITY OF :
NEW YORK, :
:
Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 7, 2022, the Court ordered the parties to appear for a remote conference on January 13, 2022 at 2:00 p.m.  That conference is adjourned to 2:30 p.m. on January 13, 2022 to accommodate the correctional facility's schedule.  The parties are directed to appear via the Microsoft Teams link provided by the facility.  Members of the public are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and passcode.

The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

SO ORDERED.

Dated: January 10, 2022
    New York, New York

_____
GREGORY H. WOODS
United States District Judge