```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                   :

ROY TAYLOR,                                     :

                      Plaintiff,                           :

                         -v-                                     :            1:16-cv-01143-GHW

NYPD OFFICER ALYSSA TRIGENO,           :                 ORDER
NYPD SGT. MICHAEL DUNLAVEY,
RIKERS C.O. QUAYYUM, and CITY OF      :
NEW YORK,                                   :

                   Defendants.    :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court held a status conference on January 13, 2022 to address the parties' discovery disputes and to rule on Plaintiff's motion for sanctions. For the reasons stated on the record during the conference, Plaintiff's motion for sanctions is denied.

    The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff and to terminate the motion pending at Dkt. No. 152.

    SO ORDERED.

Dated: January 13, 2022
         New York, New York

                                                           GREGORY H. WOODS
                                                           United States District Judge