```
                                                              USDC SDNY
                                                              DOCUMENT
UNITED STATES DISTRICT COURT                                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                 DOC #: _____
-------------------------------------------------------------- X     DATE FILED: 2/8/22
                                                            :
ROY TAYLOR,                                                 :
                                                            :
                                  Plaintiff,                :
                                                            :
                  -v-                                       :   1:16-cv-01143-GHW
                                                            :
NYPD OFFICER ALYSSA TRIGENO,                                :   ORDER
NYPD SGT. MICHAEL DUNLAVEY,                                 :
RIKERS C.O. QUAYYUM, and CITY OF                            :
NEW YORK,                                                   :
                                                            :
                                  Defendants.               :
                                                            :
-------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On December 9, 2021, the Court issued an order extending the parties' deadlines to complete discovery. Dkt. No. 195. In light of the amended discovery deadlines, the Court will adjourn the post-discovery status conference, currently scheduled for February 22, 2022, to **March 18, 2022 at 1:00 p.m.** A joint letter updating the Court on the status of the case shall be filed by no later than March 11, 2022. The parties' joint letter should comply with the Court's directions in its January 21, 2021 Case Management Plan and Scheduling Order at Dkt. No. 147.

IT IS ORDERED that the Warden or other official in charge of the Anna M. Kross Center at Rikers Island produce Roy Taylor, 04528137Q, on March 18, 2022, no later than 1:00 p.m., to a suitable location within the Anna M. Kross Center that is equipped with videoconferencing equipment, for the purpose of participating by a videoconference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by emailing woodsnysdchambers@nysd.uscourts.gov.

Defense counsel is directed to (1) send this order to the Warden immediately; and (2) contact the correctional facility to confirm its ability to conduct the conference by videoconference

and to confirm the platform that the facility will use to host the videoconference. The Court understands that Rikers Island uses Microsoft Teams. If another platform is to be used, the Court requests that defense counsel inform the Court of that fact promptly. The Court expects that the facility will distribute a link for the videoconference to participants no later than two business days prior to the conference.

      Members of the public are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and passcode.

      The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

      SO ORDERED.

Dated: February 8, 2022  
       New York, New York

_____  
GREGORY H. WOODS  
United States District Judge