```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                     :
ROY TAYLOR,                                :

                           Plaintiff,     :

                           -v-                      :             1:16-cv-01143-GHW

NYPD OFFICER ALYSSA TRIGENO,    :             <u>ORDER</u>
NYPD SGT. MICHAEL DUNLAVEY,
RIKERS C.O. QUAYYUM, and CITY OF  :
NEW YORK,
                                                     :
                         Defendants.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court is in receipt of Plaintiff's letter dated January 7, 2022 and posted to ECF on February 25, 2022. Dtk. No. 213. The Court does not understand the nature of the discovery dispute described by Plaintiff in his letter because the letter does not provide sufficient information about it. The parties are therefore directed to meet and confer regarding Plaintiff's letter and submit a joint letter describing the nature of the dispute on or before March 11, 2022.

       The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

       SO ORDERED.

Dated: February 28, 2022
       New York, New York

                                                                _____
                                                                       GREGORY H. WOODS
                                                                  United States District Judge