```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
  ROY TAYLOR,                                               :
                                                            :
                                  Plaintiff,                :
                                                            :
                       -v-                                  :
                                                            :
  NYPD OFFICER ALYSSA TRIGENO,                              :
  NYPD SGT. MICHAEL DUNLAVEY,                               :
  RIKERS C.O. QUAYYUM, and CITY OF                          :
  NEW YORK,                                                 :
                                                            :
                                  Defendants.               :
                                                            :
----------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/15/22 |

1:16-cv-01143-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court is in receipt of the City Defendants' letter dated March 11, 2022, which provides an update on the status of the parties' discovery dispute. Dtk. No. 216. On February 28, 2022, the parties were also directed to file a joint letter updating the Court on the status of the case by no later than March 11, 2022. *See* Dkt. No. 214. That letter must comply with the Court's Case Management Plan and Scheduling Order. Dkt. No. 147. The Court has yet to receive a letter in compliance with the February 28, 2022 Order. The parties are directed to comply with the Court's February 28, 2022 Order forthwith.

The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

SO ORDERED.

Dated: March 15, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge