```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  ROY TAYLOR,                                                  :
                                                               :
                              Plaintiff,                       :
                                                               :
                  -v-                                          :
                                                               :
  NYPD OFFICER ALYSSA TRIGENO,                                 :
  NYPD SGT. MICHAEL DUNLAVEY,                                  :
  RIKERS C.O. QUAYYUM, and CITY OF                             :
  NEW YORK,                                                    :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/22
```

1:16-cv-01143-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As described during the March 18, 2022 conference, Defendants' request for an extension of time to file its motion for summary judgment is granted. Defendants' motion is due on or before May 1, 2022. Plaintiff's opposition is due on or before July 5, 2022. Defendants' reply, if any, is due within two weeks after the date of service of Plaintiff's opposition.

For the reasons stated on the record, Plaintiff's motion to re-open discovery is denied. In addition, as explained during the conference, Plaintiff's renewed motion for sanctions is also denied.

The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

SO ORDERED.

Dated: March 18, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge