```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ROY TAYLOR,                                                   :
                                                              :
                                                              :
                                      Plaintiff,              :
                                                              :       1:16-cv-01143-GHW
                  -v-                                         :
                                                              :              ORDER
NYPD OFFICER ALYSSA TRIGENO,                                  :
NYPD SGT. MICHAEL DUNLAVEY,                                   :
RIKERS C.O. QUAYYUM, and CITY OF                              :
NEW YORK,                                                     :
                                                              :
                                      Defendants.             :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2022

GREGORY H. WOODS, United States District Judge:

The Court has received Plaintiff's letter and memorandum informing the Court of a change in Plaintiff's address, both of which were filed on the docket on June 23, 2022. *See* Dkt. Nos. 237, 238.

The Court understands from Plaintiff's letter that Plaintiff requires additional time in the law library to prepare his opposition to the City Defendants' motion for summary judgment. *See* Dkt. No. 238. Accordingly, the Court GRANTS Plaintiff's request for an extension of time to file his opposition. Plaintiff's opposition is due no later than September 8, 2022. The City Defendants' reply, if any, is due two weeks following the date of service of Plaintiff's opposition.

In addition, the Court understands that Plaintiff has been transferred to the Auburn Correctional Facility in Auburn, New York. *See* Dkt. No. 237. The parties are directed to file a status letter, no later than July 1, 2022, updating the Court on the underlying criminal proceedings and explaining the impact, if any, of recent developments in the underlying criminal case on Plaintiff's claims currently pending before this Court.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff by certified and first-class mail.

SO ORDERED.

Dated: June 24, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge