UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ROY TAYLOR,

                       Plaintiff,

            -v-

NYPD OFFICER ALYSSA TRIGENO,
NYPD SGT. MICHAEL DUNLAVEY,
RIKERS C.O. QUAYYUM, and CITY OF
NEW YORK,

                     Defendants.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2022

1:16-cv-01143-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      Defendants are directed to address the effect of the developments described in Plaintiff's status letter, Dkt. No. 244, on the stay entered in this case, Dkt. No. 9, in the status letter that is due no later than July 15, 2022.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff by certified and first-class mail.

      SO ORDERED.

Dated: July 12, 2022
       New York, New York

                                                    _____
                                                    GREGORY H. WOODS
                                                    United States District Judge