|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>　　　　　　　　　　　　　　　　　　　　　　　:<br>ROY TAYLOR,　　　　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　:<br>　　　　　　　　　　　　Plaintiff,　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　:<br>　　　　　　-v-　　　　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　:<br>NYPD OFFICER ALYSSA TRIGENO,　　　　　:<br>NYPD SGT. MICHAEL DUNLAVEY,　　　　　:<br>RIKERS C.O. QUAYYUM, and CITY OF　　:<br>NEW YORK,　　　　　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　:<br>　　　　　　　　　　　　Defendants.　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　:<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/18/22<br><br><br>1:16-cv-01143-GHW<br><br><u>ORDER</u> |

GREGORY H. WOODS, United States District Judge:

　　The pre-motion conference currently scheduled for July 21, 2022 at 2:00 p.m. is rescheduled to July 22, 2022 at 2:00 p.m. *See* Dkt. No. 247. The City Defendants are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The City Defendants are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

　　IT IS ORDERED that the Warden or other official in charge of the Auburn Correctional Facility produce Roy Taylor, 04528137Q on July 22, 2022, no later than 2:00 p.m., to a suitable location within the Auburn Correctional Facility that is equipped with videoconferencing equipment, for the purpose of participating by a videoconference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by emailing woodsnysdchambers@nysd.uscourts.gov.

　　Defense counsel is directed to (1) send this order to the Warden immediately; and (2) contact the correctional facility to confirm its ability to conduct the conference by videoconference and to confirm the platform that the facility will use to host the videoconference. The Court

expects that the facility will distribute a link for the videoconference to participants no later than two business days prior to the conference.

The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff. The Clerk of Court is further directed to terminate the motion pending at Dkt. No. 248.

SO ORDERED.

Dated: July 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge