UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/22
```

---------------------------------------------------------- X
                                :

ROY TAYLOR,                          :
                                :
                      Plaintiff,    :
                                  :
                   -v-             :                1:16-cv-01143-GHW
                                  :

NYPD OFFICER ALYSSA TRIGENO,     :                  ORDER
NYPD SGT. MICHAEL DUNLAVEY,      :
RIKERS C.O. QUAYYUM, and CITY OF   :
NEW YORK,                          :
                                  :
                      Defendants.  :
                                  :
---------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the conference held on August 15, 2022, the deadline for the

City Defendants to file and serve their motion to dismiss is September 15, 2022.  *See* Dkt. No. 246.

Plaintiff's opposition is due within six weeks after service of the City Defendants' motion.  The City

Defendants' reply, if any, is due within two weeks after service of Plaintiff's opposition.

      The Clerk of Court is directed to mail a copy of this order by first class mail to the plaintiff.

      SO ORDERED.

Dated:  August 16, 2022
        New York, New York

                               _____
                                   GREGORY H. WOODS
                                 United States District Judge