UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2022
```

------------------------------------------------------------ X
                                :

ROY TAYLOR,                     :
                                :

                  Plaintiff,      :
                                :

            -v-                 :            1:16-cv-1143-GHW
                                :

NYPD OFFICER ALYSSA TRIGENO,   :            ORDER
NYPD SGT. MICHAEL DUNLAVEY,    :
RIKERS C.O. QUAYYUM, *and* CITY OF  :
NEW YORK,                        :
                                :

                  Defendants.  :
                                :

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

        Plaintiff has filed a letter requesting that the Court enter default judgment against

Defendants in this case. *See* Dkt. No. 275. Plaintiff argues that Defendants have "defaulted"

because they did not file a reply in support of a motion to dismiss by the November 18, 2022

deadline. *Id.* However, the City Defendant filed a reply in support of its motion to dismiss on

November 18, 2022.[1] Dkt. No. 274. Because the City Defendant filed its reply by the November

18, 2022 deadline, Plaintiff's request for the entry of a default judgment against the City Defendant

is denied.

        The Clerk of Court is directed to mail a copy of this order by first-class mail to the plaintiff.

        SO ORDERED.

Dated: December 9, 2022
       New York, New York

                                          GREGORY H. WOODS
                                        United States District Judge

---

[1] The reply includes a declaration of service stating that the reply was mailed to Plaintiff. *Id.* at 8. It appears that Plaintiff had not received the reply as of November 24, 2022, the date of Plaintiff's letter. *See* Dkt. No. 275.