```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ROY JOAQUIN TAYLOR,                                           :
                                                              :
                              Plaintiff,                      :    1:16-cv-01143-GHW
                                                              :
              -v –                                            :    ORDER
                                                              :
CITY OF NEW YORK, *et al.*,                                   :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 22, 2023, Plaintiff filed a "motion request to server & render decision for punitive damages for Qayyum's attorney not being forthcoming on interrogatories." Dkt. No. 284. Defendants are directed to file a response to Plaintiff's motion by January 5, 2024. Plaintiff's reply, if any, must be filed by January 12, 2024.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: December 26, 2023

_____
GREGORY H. WOODS
United States District Judge