**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ROY JOAQUIN TAYLOR,

            Plaintiff,

       -against-

CITY OF NEW YORK and RIKERS C.O. QAYYUM,

           Defendants.

------------------------------------------------------------x

16-CV-1143 (GHW) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On May 1, 2024, the Court issued a Scheduling Order, ordering that an in-person Settlement Conference will be held tomorrow, on Tuesday, June 4, 2024, and directing the parties to submit their Ex Parte Settlement Conference Summary Forms and Letters by **Tuesday, May 28, 2024**. Plaintiff timely submitted these materials. As of the filing of this Order, Defendants, the City of New York and Rikers Correction Officer Nayab Qayyum, have failed to submit anything. Defendants shall file their materials **forthwith**. **Failure to do so may result in sanctions**.

    SO ORDERED.

Dated: June 3, 2024
       New York, New York

                        */s/ Ona T. Wang*
                          **Ona T. Wang**
                United States Magistrate Judge